■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE RICH, Appellant. [696 NYS2d 877] —Appeal by the defendant from (1) a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered April 7, 1998, convicting him of criminal possession of a controlled substance in the second degree under Indictment No. 97-00607, upon his plea of guilty, and imposing sentence, and (2) an amended judgment of the same court, also rendered April 7, 1998, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his prior conviction of criminal sale of a controlled substance in the third degree under Indictment No. 94-00151.

Ordered that the judgment and amended judgment are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Ritter, Joy, McGinity and Smith, JJ., concur.